IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 2 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01947-BNB

WILLIAM LONG HALE, aka MOHAMMED,

Plaintiff,

v.

THE OFFICER WHO ISSUED DENVER UNIFORM TRAFFIC SUMMONS AND
COMPLAINT B-785100, and
HIS FELLOW OFFICERS,

Defendants.

## ORDER OF DISMISSAL

Plaintiff initiated this action by filing *pro se* a Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 and a complaint.  The instant action is one of

eight civil actions initiated by Plaintiff within a span of three days.  In an order filed on

September 11, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court

to commence a civil action and directed Plaintiff to cure certain deficiencies if he wished

to pursue his claims.  Specifically, Magistrate Judge Boland advised Plaintiff that he

had not answered all of the questions on the form motion seeking leave to proceed *in*

*forma pauperis*, that the affidavit was not notarized, and that the complaint was not

filed on the proper form.  Plaintiff was warned that the complaint and the action would

be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Plaintiff has failed to cure the deficiencies within the time allowed and he has

failed to respond in any way to Magistrate Judge Boland's September 11 order.

Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on August 28, 2008, is denied as moot.

DATED at Denver, Colorado, this 21 day of _____ Oct _____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-01947-BNB

William Long Hale
4200 Wis. Ave., N.W., Suite 146
Washington, D.C.  20016


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk